**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814**

United States District Court
Southern District of New York, Office of the Clerk
500 Pearl Street
New York, NY 10007

RE:         REDEVELOPMENT AGENCY OF THE CITY OF STOCKTON vs. BANK OF AMERICA, N.A.
USDC No.:   2:09–CV–03437–MCE–DAD

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated February 02, 2010 , transmitted herewith are the following documents.

**Electronic Documents: 1 to 5.**

     Documents maintained electronically by the district court are accessible through
     PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

                    Very truly yours,

**February 2, 2010**        /s/ **J. Donati**

                    Deputy Clerk

RECEIVED BY:

                    Please Print Name

DATE RECEIVED:

NEW CASE NUMBER: